IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP CHOLKA,

    Petitioner,                            JUDGMENT IN A CIVIL CASE

v.                                         Case No. 17-cv-787-bbc

DENISE SYMDON,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner Phillip Cholka's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

/s/                                               7/31/2018

Peter Oppeneer, Clerk of Court                    Date